**FILED**

**DEC 1 5 2005**

**U.S. BANKRUPTCY COURT**
**THE DISTRICT OF ARIZONA**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON *aka* THE DIOCESE OF TUCSON, an Arizona corporation sole,<br><br>           Debtor. | No. 4-04-bk-04721-JMM<br><br>**MEMORANDUM DECISION (RE: MOTION TO DISMISS)** |
| PHILIP GREGORY SPEERS,<br><br>           Plaintiff,<br>vs.<br><br>THE ROMAN CATHOLIC CHURCH OF DIOCESE OF TUCSON,<br><br>           Defendant. | (Opinion to Post) |

The court has before it a motion to dismiss filed by the Defendant/Debtor in this case, to dismiss the Plaintiff's Complaint.

The Complaint is in violation of Rule 1001 of the FED. R. OF BANKR. P. That rule provides, regarding all civil actions in bankruptcy courts:

> These rules shall be constructed to secure the <u>just, speedy, and inexpensive determination</u> of every case and proceeding.

(Emphasis supplied.) Rule 1001 is applicable to all adversary proceedings in bankruptcy court. It mirrors, in substance, Rule 1 of the FED. R. OF CIV. P.

Each pleading is required to be simple, concise, and direct. FED. R. OF BANKR. P. 7008(e)(1). Moreover, FED. R. OF CIV. P. 8(a) mandates that a claim for relief "shall contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief."

The Complaint herein violates these rules. It is:

- 74 pages long;
- Contains 20 counts, and
- Consists of 468 separately numbered paragraphs.

Moreover, the Complaint is disorganized and rambling.

A federal court has the power to dismiss a complaint when a plaintiff fails to comply with the rules of civil procedure, including FED. R. OF CIV. P. 8(a)(2)'s "short and plain statement" requirement. *Kuehl v. F.D.I.C.*, 8 F.3d 905 (1st Cir. 1993).

FED. R. OF CIV. P. 8(a) requires parties to make their pleadings straightforward, so that judges and adverse parties need not try to fish a gold coin from a bucket of mud. *U.S. ex rel. Garst v. Lockheed-Martin Corp.*, 328 F.3d 374, 378 (7th Cir. 2003).

A court has discretion to *sua sponte* require a plaintiff to comply with FED. R. OF CIV. P. 8(a)(2). *Fikes v. City of Daphne, et al.*, 79 F.3d 1079, 1083, Fn. 6 (11th Cir. 1996). *See also Johnson Enterprises of Jacksonville, Inc. v. FPL Group, Inc. et al.*, 162 F.3d 1290, 1332, Fn. 94 (11th Cir. 1998).

Neither the court nor the Defendant should be required to try to plow through the Plaintiff's Complaint in an attempt to get the matter disposed of on its merits.

Accordingly, the court will enter the following orders:

1. The Plaintiff is ORDERED to file an amended complaint which complies with Rules 8 and 10 of the FED. R. OF CIV. P. (made applicable to bankruptcy proceedings by FED. R. OF BANKR. P. 7008 and 7010) within 20 days;

2. If the Plaintiff fails to file such an amended complaint within such period, his Complaint shall be dismissed with prejudice; and

3. The Defendant's motion to dismiss is DENIED, as moot, without prejudice to re-urging the motion should the Plaintiff comply with this court's order to file an amended complaint.

A separate order will issue.

DATED: December 14, 2005.

/s/ James M. Marlar
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below this 15 day of December, 2005, upon:

| | |
|---|---|
| Susan G. Boswell and Kasey C. Nye<br>Quarles & Brady Streich Lang LLP<br>One South Church Avenue, Suite 1700<br>Tucson, Arizona 85701-1621<br>sboswell@quarles.com<br>knye@quarles.com<br>Attorneys for Debtor | Lowell E. Rothschild and Michael McGrath<br>Mesch, Clark & Rothschild, P.C.<br>259 North Meyer Avenue<br>Tucson, Arizona 85701-1090<br>lrothschild@mcrazlaw.com<br>mmcgrath@mcrazlaw.com<br>Attorneys for Roman Catholic Parishes |
| C. Taylor Ashworth and Alisa C. Lacey<br>Stinson Morrison Hecker LLP<br>1850 North Central Avenue, Suite 2100<br>Phoenix, Arizona 85004-4584<br>tashworth@stinsonmoheck.com<br>rmcgee@stinsonmoheck.com<br>Attorneys for Plaintiffs | Christopher J. Pattock<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, Arizona 85003-1706<br>christopher.j.pattock@usdoj.gov |
| Lynne M. Cadigan and Kim E. Williamson<br>Cadigan & Williamson, PLLC<br>504 South Stone Avenue<br>Tucson, Arizona 85701<br>lmcadigan@qwest.net<br>kewilliamson@uswest.net<br>Attorneys for Plaintiffs | Sally M. Darcy<br>McEvoy, Daniels & Darcy, P.C.<br>4560 East Camp Lowell Drive<br>Tucson, Arizona 85712<br>darcysm@aol.com<br>Attorneys for Unknown Claims Representative |
| Charles L. Arnold<br>Frazer Ryan Goldberg Arnold & Gittler<br>3101 North Central Avenue, Suite 1600<br>Phoenix, Arizona 85012-2615<br>carnold@frgaglaw.com<br>Guardian Ad Litem | A. Bates Butler<br>Fennemore Craig, P.C.<br>One South Church Avenue, Suite 100<br>Tucson, Arizona 85701<br>bbutler@fclaw.com<br>Unknown Claims Representative |

| | |
|---|---|
| 1 | Legal Mail<br>Phillip Gregory Speers<br>Y.C.A.D.C. 112062A<br>200 W. Court Street<br>Yuma, AZ 85364<br>U.S. Mail |
| 2 | |
| 3 | |
| 4 | |

5

6 By _MB Thompson_
7    Judicial Assistant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26